AUSA:   Susan Fairchild          Telephone:  (313) 226-9577
Agent:   Wayne Williams          Telephone:  (313) 550-7945

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Michael Jamblyck COSTLY BENNETT

Case No. 26−mj−30451

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 27, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne Williams, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 29, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Wayne Williams, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Michael Jamblyck COSTLY BENNETT, which reveals the following:

2.  Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3.  Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Michael Jamblyck COSTLY BENNETT.

4.  Michael Jamblyck COSTLY BENNETT is a thirty-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5.  On or about April 7, 2015, COSTLY BENNETT was arrested by U.S. Custom and Border Protection Officers at the Juarez-Lincoln International Bridge, Port of Entry in Laredo, Texas.  He entered the country claiming asylum.  He was processed as an expedited removal with creditable fear. On April 20, 2015, COSTLY BENNETT withdrew his claim of credible fear.

6.  On or about May 8, 2015, COSTLY BENNETT was removed from the United States through New Orleans, Louisiana, to Honduras via ICE air flight.

7.  On or about April 8, 2022, COSTLY BENNETT was arrested by Border Patrol Agents near Eagle Pass, Texas. He was expelled from the country back to Mexico under Title 42.

8.  On or about July 27, 2026, COSTLY BENNETT was arrested by United States Border Patrol Agents near Taylor, Michigan, after a call for assistance from Michigan State Police in identifying a subject encountered during a traffic stop. During the initial phone call, the Supervisory Border Patrol Agent was able to run records checks and determine that the subject was not a citizen of the United States. Agents were dispatched to the MSP post in Taylor, Michigan.  When they arrived at the scene and questioned the subject to establish his correct and true name, it was verified that he was in the country without legal status. The subject was identified as COSTLY BENNETT, a native and citizen of Honduras.

9.  COSTLY BENNETT was transported to Detroit Border Patrol Station for further processing. During a search of his belongings, a fraudulent social security card, a fraudulent legal permanent resident card in his name and a fraudulent social security card with the name "Richard Andre Connor" were found. The documents were seized.

10.  During additional records checks it was discovered that COSTLY BENNETT is wanted abroad for murder.

11.  Michael Jamblyck COSTLY BENNETT'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that COSTLY BENNETT is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that COSTLY BENNETT legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12.  The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of

any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13.   Review of the Alien File (A# xxx xxx 325) for Michael Jamblyck COSTLY BENNETT and queries in Department of Homeland Security databases confirm no record exists COSTLY BENNETT obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on May 8, 2015.

14.   Based on the above information, I believe there is probable cause to conclude that Michael Jamblyck COSTLY BENNETT is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Complainant's signature

Wayne Williams, U.S. Border Patrol Agent U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge